1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4

5 Attorney for Defendant
**JOSE LUIS MARTINEZ GUIZAR**
6

7
UNITED STATES DISTRICT COURT
8
EASTERN  DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA | ) | **CASE NO. 1:07-CR-269-AWI** |
|---|---|---|
| | ) | |
11 | | ) | **STIPULATION TO CONTINUE** |
| Plaintiff, | ) | **SENTENCING** |
12 | | ) | |
| v. | ) | |
13 | | ) | |
| JOSE LUIS MARTINEZ GUIZAR | ) | |
14 | | ) | |
| Defendant. | ) | |
15 | _____ | ) | |

16
    Defendant, JOSE LUIS MARTINEZ GUIZAR , by and through his counsel of record,
17
NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and
18
through its counsel of record, LAUREL J. MONTOYA, Assistant United States Attorney for
19
the Eastern District of California, hereby stipulate that the sentencing in the above-referenced
20
case currently scheduled for Monday, July 13, 2009, at 9:00 a.m. be continued to
21
Monday, July 27, 2009 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii ,
22
District Judge.
23
///
24
///
25
///
26
///
27
///
28

**IT IS SO STIPULATED**

                                    Respectfully submitted,

Dated: 07-09-09                     /s/ Nicholas F. Reyes
                                    NICHOLAS F. REYES
                                    Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 07-09-09                     /s/ Laurel J. Montoya
                                    LAUREL J. MONTOYA
                                    Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

**Dated:   July 9, 2009**               /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE