IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

AUG 17 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-07-269-AWI |
| Plaintiffs, ) | |
| ) | ORDER OF RELEASE |
| vs. ) | |
| ) | |
| JOSE LUIS MARTINEZ GUIZAR, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on AUGUST 17, 2009 TO 18 MONTHS (Time Served),

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 8-17-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1